FILED IN OPEN COURT
8/24/06 KJK.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                )  | |
|                                          )  | |
|            Plaintiff,                    )  | |
|                                          )  | |
|                                          )  CASE NO. **CR 06-89-KAJ** |
|        vs.                               )  | |
|                                          )  | |
| **GLENNY COLEMAN, III**                  )  | |
|                                          )  | |
|            Defendant.                    )  | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **24**<sup>TH</sup> day of **AUGUST**, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
AUG 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE