*Handwritten: Paper Not In Court* *8/24/06 KJK*

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**Case Number:** CR 06-89-KAJ

_____ GLENNY COLEMAN, III _____
                Defendant

Upon motion of the **Government**, it is ORDERED that a

**Detention Hearing** is set for_____ *8/30/06* _____ * at _____ *8:00 a.m.* _____
                                        Date                                Time

before _____ **Honorable Mary Pat Thynge, U.S. Magistrate Judge** _____
                        Name of Judicial Officer

_____ **Courtroom #6C, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware** _____
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____ _____ _____)
                        Other Custodial Official

and produced for the hearing.

_____ *8/24/06* _____
                Date

_____ *[signature]* _____
                Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.
§3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government;
subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government
or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will
flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.


FILED
AUG 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE