Glenny Coleman III
Reg# 03231-015
Salem Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

September 18, 2006

THE Honorable Mary Pat Thynge, Magistrate Judge
United States District Court
844 North King Street
Wilmington, Delaware 19801-3570

TO THE Honorable Mary Pat Thynge:

    Please be advised that the defendant received a copy of your correspondence VIA Postal Mail, that was dated/filed on September 11, 2006, by Ms. Eleni Kousoulis, AFPD, Attorney on Record. Thus, pertaining to the order of Detention Pending trial, Case No. 06-89-KAJ. Pursuant to the defendant (hereinafter Glenny Coleman III).

    In the written statement of Reasons for Detention, the Defendant (Glenny Coleman III) would like to express from "his Heart" to this Honorable Court, that the choice of "words" that was presented in the order were "Magically Magnificent" and Captivating.

-1-

Moreover, the defendant (Glenny Coleman III) believes that you are a "Illustrious Exact Noble Jurist".

In Addition, the defendant would like to express a "Esoteric" passage from our "Grandeur Bible" (The King James Version), as we know is the Supreme Law Book in the World. In (1 John 4: 1-6), It states the following; Beloved, believe not every spirit, but try the spirits whether they are of God: Because many false prophets are gone out into the world. Hereby know "Ye" the Spirit of God: Every spirit that confesseth that Jesus Christ is come in the Flesh is of God And every spirit that confesseth not that Jesus Christ is come in the Flesh is not of God; And this is that Spirit of Anti-Christ, whereof "Ye" have heard that it should come; And even now already is it in the world. "Ye are of God"; little children and have overcome them; because greater is he that is in you, than he that is in the world. They are of the world; Therefore speak they of the world, And the world heareth them. "We are of God"; He that knoweth God Heareth us: he that is not of God Heareth not us. "Hereby know we the Spirit of truth, And the Spirit of Error."

-2-

In closing, once again, thank you for your time and patience pursuant to this magnificent manner.

Sincerely,
Glenny Coleman III

Jerry Coleman
Reg# 65231-013
Salem Correctional Facility
125 Penetecoy Road
Bridgeton, NJ 08098

SOUTH JERSEY NJ 080
18 SEP 2006 PM 2 T

19801+3519

Attn: THE Honorable Mary Pat Thynge
Magistrate Judge
United States District Court
844 North King Street
Wilmington, Delaware 19801-3570