IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-89-KAJ |
| ) | |
| GLENNY COLEMAN, III, a/k/a EUGENE J. ) | |
| ADAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **December 15, 2006 at 10:00 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

2. The time between November 3, 2006 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

November 15th, 2006
Wilmington, Delaware