IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-89-KAJ |
| ) | |
| GLENNY COLEMAN, III, a/k/a EUGENE J. ) | |
| ADAMS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 11th day of December, 2006,

IT IS HEREBY ORDERED that the Rule 11 hearing set for **December 15, 2006 at 10:00 a.m.**, is hereby rescheduled to **December 14, 2006 at 3:00 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE