IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-89-SLR |
| GLENNY COLEMAN, III, | ) ) ) |
| Defendant. | ) ) |

O R D E R

At Wilmington this 23rd day of March, 2007,

IT IS ORDERED that the sentencing hearing **April 5, 2007** is **cancelled** and **rescheduled** to commence on **Thursday, June 7, 2007** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge