IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-89-SLR |
| | ) | |
| GLENNY COLEMAN, III, | ) | |
| a/k/a Eugene J. Adams, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2, 3, 5, 6, 8, 9, 11, 12, and 15 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated December 14, 2006.

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: June 7, 2007

**IT IS SO ORDERED** this 7th day of June, 2007.

*[signature]*
HONORABLE SUE L. ROBINSON
United States District Court